UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY T. HOOKS,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

No. 1:07-CR-213-04

Hon. Paul L. Maloney
Chief United States District Judge

**ORDER**

The Government's Unopposed Motion seeking leave of the Court to accept "out of time" the Government's Response In Support of Movant's Motion For Relief pursuant to 28 U.S.C § 2255 (Record No. 316) is hereby GRANTED.

    SO ORDERED.

Dated: February 12, 2010

/s/ Paul L. Maloney
Hon. PAUL L. MALONEY
Chief United States District Judge